**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE: Debtor: Maria Makris

Bankruptcy Case No. 15-12766
Chapter 7
Judge Frank J. Bailey

## DEBTOR'S MOTION TO REOPEN CASE TO OBTAIN DISCHARGE

The Debtor, by counsel, requests that the above-captioned case be reopened pursuant to 11 U.S.C. sec. 350(b) in order to accord relief to the Debtor and in support thereof avers as follows:

1.) The Debtor filed bankruptcy pursuant to chapter 7 of the Bankruptcy Code on July 13, 2015, and Debtor's case was closed without receiving a discharge because certification of completion of a personal financial management course had not been filed with this court.

2.) The Debtor has completed a personal financial management course and has obtained a certificate of completion for such course. (See attached)

3.) That the interests of justice would be served by re-opening Debtor's case to accord Debtor the relief originally sought.

WHEREFORE, Debtor requests that her case be re-opened to allow Debtor to file the personal financial management certification and to issue the discharge pursuant to 11 U.S.C. sec. 727 and for such other and further relief as this Court deems just and proper.

Date: December 14, 2015

/s/ Michael J. Splaine
Attorney for Debtor
221 Essex Street
Salem, MA 01970
Tel: 978-825-9999
BBO No.: 475740

## Certificate of Service

I, Michael J. Splaine, attorney for the Debtor, hereby certify that a copy of the foregoing motion of the Debtor has this day been served upon the trustee in this case, John Aquino, Esq, by first-class mail at Anderson Aquino, LLP 240 Lewis Wharf Boston, MA 02110 and Debtor, Maria Makris at 94 Linebrook Rd Ipswich, MA 01938.

Date: December 14, 2015

/s/ Michael J. Splaine

Certificate Number: 06531-MA-DE-026652824

Bankruptcy Case Number: 15-12766

06531-MA-DE-026652824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 10, 2015, at 10:00 o'clock AM CST, Maria Makris completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: December 10, 2015

By: /s/Lori A Danburg

Name: Lori A Danburg

Title: Credit Counselor